appellant to abide the event. Held, that the record presents questions of fact which should have been submitted to the jury.

WHITEHOUSE, Respondent, v. STATEN ISLAND WATER SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by George M. Whitehouse against the Staten Island Water Supply Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILKINSON, Respondent, v. KRANTZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Emerett Wilkinson against Charles Krantz. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) In the matter of the application of William D. Williams for admission to the bar. No opinion. Application granted.

WILLIAMS, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William Williams against Charles Ramsay Buckley and others. F. J. Moissen, for appellant. R. K. Prentice, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS, Respondent, v. HATCH, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Elizabeth Bird Williams against Albert G. Hatch. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS et al., Respondents, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Elizabeth Bird Williams, and others against Albert G. Hatch. No opinion. Motion for reargument denied, with $10 costs and disbursements.

WILLIAMS, Respondent, v. McMANUS, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Herbert E. Williams, as agent, etc., against Thomas McManus. No opinion. Motion denied.

WILSON, Appellant, v. MANDEVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Percy H. Wilson against William H. Mandeville.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS, J., dissents.

WILSON, Respondent, v. NEW YORK MILK PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Lydall L. Wilson against the New York Milk Products Company. No opinion. Motion for leave to file notice of appeal with county clerk granted, upon payment of $10 costs of this motion to the respondent.

WILSON & McNEAL CO. v. STANDARD OIL CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the Wilson & McNeal Company against the Standard Oil Company of New York. No opinion. Motion denied.

WOODILL, Appellant, v. MADDEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by William L. Woodill against Alice H. Madden and Margaret E. Madden, as executrices, etc. No opinion. Judgment affirmed, with costs.

W. P. DAVIS MACH. CO., Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. November 15, 1905.) Action by the W. P. Davis Machine Company against Harry Robinson, individually, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re WOOD et al. (Supreme Court, Appellate Division, Third Department. November 21, 1905. In the matter of the application of Jesse M. Wood and others to alter a highway in the town of Gilboa. No opinion. Motion for reargument granted. See 95 N. Y. Supp. 260.

WOOD, Appellant, v. NEW JERSEY SILK CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Joseph Wood against the New Jersey Silk Company. D. A. Spellissy, for appellant. S. Kohn, for respondent.
PER CURIAM. Judgment affirmed, with costs.
PATTERSON, J., dissenting.

WOOD, Respondent, v. STUART, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by George R. Wood against Edmund A. Stuart.
PER CURIAM. We do not think the statement of items contained in the plaintiff's bill of particulars constitutes an account of such a character as to justify a compulsory order of reference in this case. Order reversed, with $10 costs and disbursements, and motion denied.

WOOLSEY, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by George M. Woolsey against the Long Island Railroad Company. No opinion. Motion denied.

WUCHERER, Appellant, v. OCEAN VIEW CEMETERY, Respondent. (Supreme Court, Appellate Division, Second Department. August